**Order entered May 12, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00158-CV

### 2100 RICCHI, LLC, Appellant

### V.

### HILLIARD OFFICE SOLUTIONS OF TEXAS, LTD., ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-02672

### ORDER

Before the Court is the May 10, 2021 second request of Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **May 21, 2021**. We caution Ms. Dobbins that further extension requests will be disfavored.

/s/    CRAIG SMITH
        JUSTICE